Joseph M. Goethals (SBN 242889)
Charles P. Stone (SBN 224897)
GOETHALS LEGAL, PC
1131 Howard Ave.
Burlingame, CA 94010
Telephone (650) 218-4319
Email: joe@goethalslegal.com
Email: charles@goethalslegal.com
Attorneys for Plaintiff JOHN CJ DOE

DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
ZUZANA S. IKELS, State Bar #208671
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 355-3307
Facsimile: (415) 554-3837
E-Mail: zuzana.ikels@sfcityatty.org

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOHN CJ DOE BY AND THROUGH HIS GUARDIAN AD LITEM HONG CHEW,**<br><br>       Plaintiff,<br><br>    v.<br><br>**CITY AND COUNTY OF SAN FRANCISCO, DAMON A. BURRIS, DOES 1-100, AND MOES 1-100 INCLUSIVE,**<br><br>       Defendants. | Case No. 24-cv-02872-KAW<br><br>**STIPULATION AND ORDER RE REMAND** |

1  WHEREAS, Plaintiff has filed a First Amended Complaint that removed the cause of action alleging a violation of 28 U.S.C. § 1983 (the "1983" claim) , and does not include any cause of action under federal law or the United States Constitution.  Plaintiff's withdrawal of the cause of action shall be treated as a dismissal with prejudice of the 1983 claim.

WHEREAS, counsel for Plaintiff and counsel for Defendant CITY AND COUNTY OF SAN FRANCISCO have met and conferred regarding this matter and Plaintiff's counsel has agreed to stipulate that Plaintiff has waived, forfeited, relinquished, and shall not assert and will not be asserting any cause of action, claim, relief or theory of recovery under federal law or statute, including but not limited to a 1983 claim, or the United States Constitution against anyone, including but not limited to Defendants City and County of San Francisco, Damon Burris and any of the unnamed DOE or MOE defendants..

WHEREAS, counsel for Plaintiff and counsel for Defendant CITY AND COUNTY OF SAN FRANCISCO have agreed that without any cause of action, claim, or theory under federal law or statute or the United States Constitution in this case, the case should be heard in California State Court; specifically, County of San Francsico Superior Court.

NOW, THEREFORE, Plaintiff and Defendant CITY AND COUNTY OF SAN FRANCISCO, by and though their respective counsel, each hereby stipulates to remand this action to County of San Francisco Superior Court.

//

Dated: June 3, 2024

**GOETHALS LEGAL PC**

By: _____
Joseph M. Goethals
Charles P. Stone
Attorneys for Plaintiff
JOHN CJ DOE

//
//

Dated June _3_, 2024

**CITY AND COUNTY OF SAN FRANCISCO COUNSEL'S OFFICE**

By: _____/s/ Zuzana Ikels_____
    David Chiu
    Jennifer E. Choi
    Zuzana S. Ikels
    Attorneys for Defendant
    CITY AND COUNTY OF SAN FRANCISCO

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

# ORDER

Having reviewed, considered, relied and adopted Plaintiff JOHN CJ DOE and Defendant CITY AND COUNTY OF SAN FRANCISCO'S Stipulation re Remand, the Court finds GOOD CAUSE that Plaintiff has dismissed and waived, with prejudice, any federal claims or constitutional violations, does hereby order that the action be remanded to County of San Francisco Superior Court.

//

**SO ORDERED.**

Date: __June 14__, 2024

_____
Hon. Kandis A. Westmore
Magistrate, Northern District